# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LAWRENCE TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. CORTEZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv–00884-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 15) |

Plaintiff Howard Lawrence Turner is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 17, an order issued requiring Plaintiff to either file an amended complaint or notify the court that he was willing to proceed on the claims found to be cognizable in the complaint.  (ECF No. 11.)  On April 30, 2012, the order was returned marked undeliverable, unable to forward.[1]  On July 12, 2012, this action was dismissed, without prejudice, for Plaintiff's failure to comply with an order of the court, and Plaintiff filed a notice of change of address.  (ECF No. 12, 14.)  On July 17, 2012, Plaintiff filed a motion for appointment of counsel.  (ECF No. 15.)

At this juncture, this action has been closed based upon Plaintiff's failure to prosecute this action, and if Plaintiff wishes to pursue the claims raised he must file a new action.  Accordingly,

---

[1] On July 12, 2012, Plaintiff filed a notice of change of address.  "[A] pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address. . . . Absent such notice, service of documents at the prior address . . .shall be fully effective."  Local Rule 182(f).

Additionally, when mail is returned, the party has sixty three days in which to notify the Court of a change of a current address and, where the party fails to do so, the court may dismiss the action without prejudice for failure to prosecute.  Local Rule 183.  Plaintiff failed to file a change of address within the sixty three days as required by the Local Rule.

1

1  Plaintiff's motion for appointment of counsel, filed July 17, 2012, is HEREBY DENIED as moot.
   IT IS SO ORDERED.

   Dated:   **July 18, 2012**                    **/s/ Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE