IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LAWRENCE TURNER, | 1:11-cv-00884-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | (ECF No. 21) |
| R. CORTEZ, et al, | |
| Defendants. | |

Plaintiff Howard Lawrence Turner, a state prisoner, proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2012, the Court ordered Plaintiff to either file an amended complaint or notify the court that he was willing to proceed on the claims found to be cognizable in the complaint. (ECF No. 11.) On April 30, 2012, the order was returned marked undeliverable, unable to forward.  On July 12, 2012, this action was dismissed, without prejudice, for Plaintiff's failure to comply with an order of the court, and Plaintiff filed a notice of change of address. (ECF No. 12, 14.)

On July 17, 2012, Plaintiff filed a motion for appointment of counsel. (ECF No. 15.)  On July 18, 2012, the Court denied Plaintiff's motion for the appointment of counsel as moot.  (ECF No. 16.)  The Court explained that the action had been closed based upon Plaintiff's failure to prosecute and instructed that if Plaintiff wished to pursue his claims he must file a new action.

On July 26, 2012, Plaintiff filed a motion for reconsideration regarding dismissal of this

1 action. (ECF No. 17.) On July 31, 2012, the Court denied Plaintiff's motion for reconsideration. (ECF No. 19.)

On March 8, 2013, Plaintiff filed the instant motion to appoint counsel. (ECF No. 21.) The Court reiterates that this action is closed. However, if Plaintiff wishes to pursue his claims, he must file a new, separate action. Any further motions or filings in this closed action will be stricken from the record. Accordingly, Plaintiff's motion for the appointment of counsel in this action is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 18, 2013**              /s/ **Barbara A. McAuliffe**
                                  UNITED STATES MAGISTRATE JUDGE