1

2

3

4

5

6

7

8                               **UNITED STATES DISTRICT COURT**

9                               **EASTERN DISTRICT OF CALIFORNIA**

10

11   HOWARD LAWRENCE TURNER,           )   Case No.: 1:11-cv-00884-BAM PC
                                       )
12          Plaintiff,                 )   ORDER STRIKING PLAINTIFF'S
                                       )   DECLARATION (ECF No. 23)
13          v.                         )
                                       )   ORDER STRIKING PLAINTIFF'S FIRST
14   R. CORTEZ, et al.,                )   AMENDED COMPLAINT (ECF No. 24)
                                       )
15          Defendants.                )
                                       )   ORDER STRIKING PLAINTIFF'S MOTION TO
16                                     )   PROCEED IN FORMA PAUPERIS AND MOTION
                                       )   TO APPOINT COUNSEL (ECF Nos. 25, 26)
17                                     )

18          Plaintiff Howard Lawrence Turner, a state prisoner, proceeded pro se and in forma

19   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 17, 2012, the Court ordered

20   Plaintiff to either file an amended complaint or notify the court that he was willing to proceed on the

21   claims found to be cognizable in the complaint. (ECF No. 11.) On April 30, 2012, the order was

22   returned marked undeliverable, unable to forward. On July 12, 2012, this action was dismissed,

23   without prejudice, for Plaintiff's failure to comply with an order of the court.  (ECF No. 12.)

24          On July 12, 2012, Plaintiff filed a notice of change of address and a motion for appointment of

25   counsel. (ECF Nos. 14, 15.)  On July 18, 2012, the Court denied Plaintiff's motion for the appointment

26   of counsel as moot.  The Court explained to Plaintiff that the action had been closed based upon

27   Plaintiff's failure to prosecute and instructed that if Plaintiff wished to pursue his claims, then he must

28   file a new action.  (ECF No. 16.)

                                             1

On July 26, 2012, Plaintiff filed a motion for reconsideration regarding dismissal of this action. (ECF No. 17.)  On July 31, 2012, the Court denied Plaintiff's motion for reconsideration.  (ECF No. 19.)

On March 8, 2013, Plaintiff filed another motion to appoint counsel.  (ECF No. 21.)  On March 18, 2013, the Court denied Plaintiff's motion for the appointment of counsel as moot.  The Court reiterated that the action was closed, and that if Plaintiff wished to pursue his claims, the he must file a new, separate action.  The Court also informed Plaintiff that any further "motions or filings in this closed action will be stricken from the record."  (ECF No. 22, p. 2.)

On April 16, 2013, Plaintiff filed a declaration, a first amended complaint, a motion to proceed in forma pauperis and a motion to appoint counsel.  (ECF Nos. 23, 24, 25, 26.)  Pursuant to the Court's order dated March 18, 2013, these documents shall be stricken from the record.  Plaintiff is instructed a final time that if he wishes to pursue his claims, then he must file a new, separate action.  Any new action should not be identified by the case number for this closed action (1:11-cv-00884-BAM).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's declaration filed on April 16, 2013, is STRICKEN from the record;

2. Plaintiff's first amended complaint filed on April 16, 2013, is STRICKEN from the record;

3. Plaintiff's motion to proceed in forma pauperis filed on April 16, 2013, is STRICKEN from the record;

4. Plaintiff's motion to appoint counsel filed on April 16, 2013, is STRICKEN from the record; and

5. Any further filings in this closed action shall be stricken from the record.

IT IS SO ORDERED.

Dated:   **April 29, 2013**                     /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE